IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 16-905-SLR |
| ACTAVIS ELIZABETH LLC, ACTAVIS LLC, and ACTAVIS INC., | ) ) ) | |
| Defendants. | ) ) | |

**STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)**

Defendants Actavis Elizabeth LLC and Actavis LLC, pursuant to Federal Rule of Civil Procedure 7.1, hereby state that:

1. Actavis Elizabeth LLC and Actavis LLC are indirect wholly-owned subsidiaries of Teva Pharmaceuticals USA, Inc., which is an indirect wholly-owned subsidiary of Teva Pharmaceutical Industries Ltd., which is a publicly traded company; and

2. Teva Pharmaceutical Industries Ltd. is the only publicly traded company that owns 10% or more of the stock of Teva Pharmaceuticals USA, Inc., Actavis Elizabeth LLC, and Actavis LLC.

-2-

|  |  |
|---|---|
| OF COUNSEL:<br>George C. Lombardi<br>Samantha M. Lerner<br>Erin R. Solomon<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br><br>Dated: October 31, 2016 | */s/ Andrew E. Russell*<br>John W. Shaw (No. 3362)<br>Andrew E. Russell (No. 5382)<br>SHAW KELLER LLP<br>300 Delaware Ave., Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>arussell@shawkeller.com<br>*Attorneys for Defendants Actavis*<br>*Elizabeth LLC and Actavis LLC* |