IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C. A. No. 16-905-SLR |
| ACTAVIS ELIZABETH LLC, and ACTAVIS LLC, | ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION AND PROPOSED ORDER**

The parties to this action hereby stipulate and agree, subject to the approval of the Court, that the time for Actavis Elizabeth LLC and Actavis LLC to move, plead or otherwise respond to the Complaint is extended until December 16, 2016.

| | |
|---|---|
| */s/ Jack B. Blumenfeld* | */s/ Andrew E. Russell* |
| Jack B. Blumenfeld (No. 1014) | John W. Shaw (No. 3362) |
| Maryellen Noreika (No. 3208) | Andrew E. Russell (No. 5382) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| 1201 North Market Street | 300 Delaware Ave., Suite 1120 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 298-0700 |
| (302) 658-9200 | jshaw@shawkeller.com |
| jblumenfeld@mnat.com | arussell@shawkeller.com |
| mnoreika@mnat.com | *Attorneys for Defendants Actavis* |
| *Attorneys for Plaintiffs* | *Elizabeth LLC and Actavis LLC* |

Dated: November 22, 2016

SO ORDERED this _____ day of _____, 2016.

_____
United States District Judge