IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS ELIZABETH LLC and ACTAVIS LLC, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 16-905 (SLR) <br> CONSOLIDATED |

**STIPULATION AND PROPOSED ORDER**

Plaintiffs/Counterclaim Defendants Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. and Defendants/Counterclaim-Plaintiffs Actavis Elizabeth LLC and Actavis LLC, Lupin Ltd. and Lupin Pharmaceuticals, Inc., Zydus Pharmaceuticals (USA), Inc. and Cadila Healthcare Ltd., Windlas Healthcare, PVT. Ltd. and Windlas Biotech Ltd., Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc. and Aurolife Pharma LLC, Prinston Pharmaceutical Inc., Sandoz Inc., Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc., Apotex Inc. and Apotex Corp., hereby stipulate and agree, subject to the approval of the Court, as follows:

1. The time for the parties to negotiate concerning the Court's "Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI")," is extended until April 24, 2017.

2. The time for the parties to exchange their initial disclosures pursuant to 2(c)(1) of the scheduling order (D.I. 25) is extended until April 24, 2017.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Maryellen Noreika* | */s/ Andrew E. Russell* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com | John W. Shaw (#3362)<br>Karen E. Keller (#4489)<br>Andrew E. Russell (#5382)<br>300 Delaware Avenue, Suite 1120<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>arussell@shawkeller.com |
| *Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.* | *Attorneys for Defendants Actavis Elizabeth LLC and Actavis LLC* |
| PHILLIPS GOLDMAN MCLAUGHLIN & HALL, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Megan C. Haney* | */s/ Pilar G. Kraman* |
| John C. Phillips, Jr. (#110)<br>Megan C. Haney (#5016)<br>1200 North Broom Street<br>Wilmington, DE 19806<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>mch@pgmhlaw.com | Adam W. Poff (#3990)<br>Pilar G. Kraman (#5199)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>pkraman@ycst.com |
| *Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.* | *Attorneys for Defendants Zydus Pharmaceuticals (USA), Inc. and Cadila Healthcare Ltd. (d/b/a Zydus Cadila)* |

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | MORRIS JAMES LLP |
| */s/ Christine D. Haynes* | */s/ Mary B. Matterer* |
| Frederick L. Cottrell, III (#2555)<br>Christine D. Haynes (#4697)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>(302) 651-7700<br>cottrell@rlf.com<br>haynes@rlf.com<br><br>*Attorneys for Defendant Windlas Healthcare, Pvt. Ltd.* | Mary B. Matterer (#2696)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>(302) 888-6800<br>mmatterer@morrisjames.com<br><br>*Attorneys for Defendants Aurobindo Pharma Ltd., Aurobindo Pharma USA, Inc. and Aurolife Pharm LLC* |
| DUANE MORRIS LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| */s/ Richard L. Renck* | */s/ Dominick T. Gattuso* |
| Richard L. Renck (#3893)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE  19801<br>(302) 657-4900<br>rlrenck@duanemorris.com<br><br>*Attorneys for Defendant Prinston Pharmaceutical Inc.* | Dominick T. Gattuso (#3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Defendants Sawai Pharmaceutical Co., Ltd., Sawai USA, Inc. and Sandoz Inc.* |
| ABRAMS & BAYLISS LLP | |
| */s/ John M. Seaman* | |
| John M. Seaman (#3868)<br>Sarah M. Hickie (#5833)<br>20 Montchanin Road, Suite 200<br>Wilmington, DE  19807<br>(302) 778-1000<br>seaman@abramsbayliss.com<br>hickie@abramsbayliss.com<br><br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.* | |

SO ORDERED this _____ day of March 2017.

_____
                                                                J.