# I IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., <br> ASTELLAS IRELAND CO., LTD., and <br> ASTELLAS PHARMA GLOBAL <br> DEVELOPMENT, INC., <br> <br> Plaintiffs, <br> <br> v. <br> <br> ACTAVIS ELIZABETH LLC and <br> ACTAVIS LLC., *et al.* <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 16-cv-00905 SLR) <br> ) CONSOLIDATED <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 3, 2017, copies of Defendants' First Joint Requests for the Production of Documents and Things (Nos. 1-24); and Defendants' First Joint Set of Interrogatories to Plaintiffs (Nos. 1-3) were served on the following counsel via email:

Jack B. Blumenfeld
Maryellen Noreika
MORRIS, NICHOLS,
 ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
mnoreika@mnat.com

Attorneys for Plaintiff

Robert L. Baechtold
John D. Murnane
Simon D. Roberts
Christopher P. Borello
FITZPATRICK, CELLA,
 HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
rbaechtold@fchs.com
jmurnane@fchs.com
sroberts@fchs.com
cborello@fchs.com

Attorneys for Plaintiff

Dated:  April 3, 2017

OF COUNSEL:

William A. Rakoczy
Deanne M. Mazzochi
Anuj K. Wadhwa
Conly S. Wythers
Rakoczy Molino Mazzochi Siwik LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois  60654
wrakoczy@rmmslegal.com
dmazzochi@rmmslegal.com
awadhwa@rmmslegal.com
cwythers@rmmslegal.com

Attorneys for Defendant Sandoz Inc.

OF COUNSEL:

Brian Sodikoff
Martin S. Masar III, PhD
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, Illinois  60661
Tel: (312) 902-5462
     (312) 902-5616
brian.sodikoff@kattenlaw.com
martin.masar@kattenlaw.com

Christopher B. Ferenc
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW
North Tower - Suite 200
Washington, DC 20007-5118
Tel:  (202) 625-3647
christopher.ferenc@kattenlaw.com

Attorneys for Defendants Sawai
Pharmaceutical Co., Ltd., and Sawai USA,
Inc.

HEYMAN ENERIO
GATTUSO & HIRZEL LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (# 3630)
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
dgattuso@hegh.law

*Attorneys for Defendants Sandoz Inc., Sawai Pharmaceutical Co., and Ltd., Sawai USA, Inc.*

2