

300 Delaware Avenue • Suite 200 • Wilmington, Delaware 19801
Tel: (302) 472.7300 • Fax: (302) 472.7320 • www.hegh.law

Direct Dial:  (302) 472-7311
Email:   dgattuso@hegh.law

October 31, 2018

**VIA CM/ECF**

The Honorable Christopher J. Burke
United States District Court
   For the District of Delaware
844 North King Street
Wilmington, DE   19801

     Re:   *Astellas Pharma Inc., et al. v. Actavis Elizabeth LLC, et al.*
             C.A. No. 16-905 (JFB-CJB) (Consolidated)

Dear Judge Burke:

     Pursuant to the Court's direction in its October 24, 2018 Memorandum Order, Defendants Sawai and Plaintiffs Astellas have met and conferred regarding the schedule and scope of focused targeted discovery related to the subject matter of Plaintiffs' Third Supplemental Response to Defendants' Interrogatory No. 14 ("Plaintiffs' Objective Indicia Interrogatory Response"),[1] and have agreed as follows:

1. Sawai will take one Rule 30(b)(6) deposition relating to the subject matter of Plaintiffs' Objective Indicia Interrogatory Response;

2. Astellas and Sawai are working together to agree on a date for this Rule 30(b)(6) deposition, which is to be taken no later than December 14, 2018, depending on the availability of counsel and the designated Rule 30(b)(6) witness;

3. Astellas will produce the correspondence with the FDA concerning the Myrbetriq® NDA in its possession, custody, or control no later than November 7, 2018.

4. Astellas and Sawai are working together to agree on a date, no later than November 23, 2018, by which Sawai will provide to Astellas a specific list of factual subject

---

[1] While Sawai and Astellas recognize that the Court ordered that "Plaintiffs and their experts may rely on any evidence/argument fairly raised in the Second Supplement," Sawai and Astellas have agreed that this reliance is extended to Plaintiffs' Third Supplemental Response to Defendants' Interrogatory No. 14, which was served on October 11, 2018.

Case 1:16-cv-00905-JFB-CJB   Document 351   Filed 10/31/18   Page 2 of 2 PageID #: 6209



The Honorable Christopher J. Burke
October 31, 2018
Page 2

    matter within the scope of Defendants' Rule 30(b)(6) Topics 17-19 and 26 (D.I. 249) and Plaintiffs' Objective Indicia Interrogatory Response on which Sawai seeks testimony, together with a list of specific documents beyond those identified in Plaintiffs' Objective Indicia Interrogatory Response on which Sawai seeks testimony, which Plaintiffs will use as part of its preparation of the Rule 30(b)(6) witness;[2]

5. Astellas and Sawai have agreed to meet and confer on the permitted duration of this Rule 30(b)(6) deposition, after Sawai provides its aforesaid lists, and both parties agree that this deposition shall not exceed, and may be less than, seven hours;

6. Astellas and Sawai have agreed that any issues that may arise during the Rule 30(b)(6) deposition that need the Court's attention will be addressed through this Court's discovery resolution procedure; and,

7. Sawai seeks no additional fact discovery concerning Plaintiffs' Objective Indicia Interrogatory Response beyond this one Rule 30(b)(6) deposition.

Should Your Honor have any questions or require any additional information, counsel are available at the convenience of the Court.

                Respectfully,

                */s/ Dominick T. Gattuso*

                Dominick T. Gattuso (# 3630)

cc:   Plaintiffs' Counsel:   (via CM/ECF)

---

[2] Sawai reserves the right to ask questions about subject matter and/or documents within the scope of Topics 17-19, 26 and Plaintiffs' Objective Indicia Interrogatory Response that are outside of what is provided in these lists, but is aware and accepts that Plaintiffs' witness may not be fully prepared on such subject matter and/or documents.