IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS ELIZABETH LLC, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 16-905 (JFB) (CJB) <br> CONSOLIDATED |

## STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS SAWAI PHARMACEUTICAL CO. LTD. AND SAWAI USA, INC.

**WHEREAS** in its Memorandum Order, dated October 24, 2018 (D.I. 346), the Court ordered that Defendants Sawai Pharmaceutical Co. Ltd. and Sawai USA, Inc. (collectively, "Sawai") "may take targeted discovery relating to secondary considerations";

**WHEREAS** Astellas and Sawai agreed to allow Sawai to take a Rule 30(b)(6) deposition on issues relating to secondary considerations;

**WHEREAS** Sawai deposed a Rule 30(b)(6) designee on certain topics/subtopics relating to secondary considerations on December 14, 2018; and

**WHEREAS** Astellas and Sawai agree that Sawai is entitled to depose another Rule 30(b)(6) designee on certain topics/subtopics relating to secondary considerations;

**IT IS HEREBY STIPULATED AND AGREED** by Plaintiffs and Sawai, subject to the approval of the Court, that:

1.	Astellas shall produce a second Rule 30(b)(6) witness for targeted discovery on or before January 18, 2019 to testify with regard to the scientific factual bases for Astellas' contentions on commercial success and praise by others and to the factual bases for Astellas'

contentions on long-felt need, failure of others, teaching away, and unexpected results in its Third Supplement to the extent set out in Sawai's November 21, 2018 letter and in accordance with paragraph 4 of the parties' October 31, 2018 joint letter to the Court (D.I. 351); and

    2.    Sawai shall have a total of four and one half (4.5) additional hours to depose Astellas' second Rule 30(b)(6) witness on the topics identified in Paragraph 1 above.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
|---|---|
| */s/ Karen Jacobs* | */s/ Dominick T. Gattuso* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>kjacobs@mnat.com<br>ccucuzzella@mnat.com<br><br>*Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.*<br><br>OF COUNSEL:<br><br>Robert L. Baechtold<br>Simon D. Roberts<br>Scott K. Reed<br>Jason A. Leonard<br>VENABLE LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-3800<br>(212) 218-2100 | Dominick T. Gattuso (#3630)<br>Aaron M. Nelson (#5941)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br>anelson@hegh.law<br><br>*Attorneys for Defendants Sawai Pharmaceutical Co., Ltd. and Sawai USA, Inc.*<br><br>OF COUNSEL:<br><br>Brian Sodikoff<br>Martin S. Masar III, Ph.D.<br>Matthew M. Holub<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, IL 60661<br><br>Christopher B. Ferenc<br>KATTEN MUCHIN ROSENMAN LLP<br>2900 K Street NW<br>North Tower, Suite 200<br>Washington, DC 20007-5118 |

December 21, 2018

    SO ORDERED this _____ day of December, 2018.

                                              United States Magistrate Judge