Daniel M. Silver
Partner
405 N. King Street, 8th Floor
Wilmington, DE 19801
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com



March 28, 2019

**VIA CM/ECF & HAND DELIVERY**

The Honorable Christopher J. Burke
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King St.
Wilmington, DE 19801-3555

Re: *Astellas Pharma Inc., et al. v. Actavis Elizabeth LLC, et al.*
   **C.A. No. 16-905 (JFB-CJB) (Consolidated)**

Dear Judge Burke:

Counsel for Plaintiffs and Defendants in the above-referenced matter write to request the scheduling of a teleconference to resolve the discovery disputes set forth below.

The following attorneys (Delaware and Lead counsel) participated in a verbal meet-and-confer (by telephone) on March 22, 2019.

**For Plaintiffs:**

Delaware counsel:  Daniel M. Silver, McCarter & English, LLP

Lead counsel:  Simon Roberts and Jason Leonard, Hogan Lovells US LLP

**For Defendants:**

Delaware counsel:  Dominick Gattuso, Heyman Enerio Gattuso Hirzel LLP (for Sawai Defendants); Pilar Kraman, Young Conaway Stargatt & Taylor, LLP (for Zydus Defendants)

Lead counsel:  Martin Massar, Katten Muchin Roseman LLP (for Sawai Defendants); Carolyn Blessing, Locke Lord, LLP (for Zydus Defendants)

The disputes requiring judicial attention are listed below:

1. Defendants' request to strike or otherwise remedy portions of Plaintiffs' expert reports;

2. Plaintiffs' request to strike or otherwise remedy portions of Defendants' expert reports.

ME1 30030654v.1

The Honorable Christopher J. Burke
March 28, 2019
Page 2

    In light of the complexity of the discovery issues Defendants intend to present, the parties respectfully request an extension of the page limits for the parties' opening and answering letter briefs related to Defendants' discovery dispute set forth in paragraph 1 above from four (4) pages to six (6) pages. Counsel are available at the convenience of the Court.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)


cc:  All Counsel of Record: via Electronic Mail