## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ASTELLAS PHARMA INC., *et al.*,

        Plaintiffs,

        v.

ACTAVIS ELIZABETH LLC, *et al.*,

        Defendants.

)
)
)
)
)
)
)
)
)
)

Civil Action No. 16-905-JFB-CJB
Consolidated

## ORDER

At Wilmington this **13th day of May, 2019.**

WHEREAS, on April 30, 2019, the Court issued a Memorandum Order regarding Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd. and Astellas Pharma Global Development, Inc.'s (collectively, "Astellas" or "Plaintiffs") Motion to Strike certain material from Defendants Sawai Pharmaceutical Co., Ltd. and Sawai USA Inc.'s ("collectively, "Sawai") expert, Michael J. Cima, Ph.D.'s Rebuttal Report, (D.I. 426);

WHEREAS, the Court released the Memorandum Order under seal in recognition that it may contain confidential information, pending review by the parties to allow them to submit a single, jointly proposed, redacted version (if necessary) of the Memorandum Order, (*id.* at 5-6);

WHEREAS, on May 3, 2019, Sawai filed a Motion to Redact Memorandum Order requesting that certain redactions (relating to Sawai's proposed ANDA product formulation) be made to the Memorandum Order (the "Motion"), submitting that the redactions are necessary because disclosure of the sensitive information reflected in the proposed redacted text would cause harm to Sawai, (D.I. 431 at 1-3);

WHEREAS, Plaintiffs do not oppose Sawai's requested redactions, (*id.* at 1);

WHEREAS, the proposed redactions are limited in scope, totaling approximately three

lines of the six-page Memorandum Order, (*id.*, ex. A), and Sawai has provided a clear basis to justify such redactions;

WHEREAS, and considering the question as to this Motion only, the Court finds that good cause exists to believe that disclosure of those portions of the Memorandum Order would work a "clearly defined and serious injury" to Sawai. *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d Cir. 1994) (internal quotation marks and citation omitted); *see also Mylan Inc. v. SmithKline Beecham Corp.*, 723 F.3d 413, 415 n.3 (3d Cir. 2013) (finding good cause to seal documents "to protect the parties' confidential proprietary business and competitive interests").

THEREFORE, it is HEREBY ORDERED that:

1. Sawai's Motion is GRANTED.

2. Any and all publicly-available copies of the Memorandum Order, including but not limited to copies that are or will be available by remote electronic access, shall be redacted as delineated in Exhibit A of Sawai's Motion. (D.I. 431, ex. A)

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE