# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS ELIZABETH LLC, *et al.*, <br><br> Defendants. | C.A. No. 16-905-JFB-CJB <br> (Consolidated) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs and Counterclaim-Defendants Astellas Pharma, Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") and Defendants and Counterclaim-Plaintiffs Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited (collectively, "Zydus"; collectively with Astellas, "the Parties"), by and through their attorneys, hereby STIPULATE and AGREE as follows:

1. The Parties have reached a settlement on issues raised in this consolidated matter, which includes Civil Action No. 16-cv-924, related to United States Patent Nos. 7,342,117, 7,982,049, 8,835,474, and RE44,872 (collectively "Patents-in-suit").

2. Pursuant to a Settlement and License Agreement, the Parties respectfully request the Court dismiss all claims and counterclaims between the Parties related to the 7,342,117, 7,982,049, 8,835,474, and RE44,872 (collectively "Patents-in-suit") in Civil Action No. 16-cv-924 without prejudice.

3. As required by the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, the Parties will submit their settlement and license agreement to the

1

        Federal Trade Commission Bureau of Competition ("FTC") and the Assistant Attorney General in charge of the Antitrust Division of the Department of Justice ("DOJ," and together with the FTC, the "Agencies") as soon as practicable.

4. The Parties further request that the Court retain jurisdiction over this matter in the event that the Agencies render the settlement and license agreement null and void and either Party requests to reopen this litigation.

5. Each Party will bear its own costs and attorneys' fees.

Dated: August 29, 2019

| **McCARTER & ENGLISH, LLP** | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** |
|---|---|
| */s/ Daniel M. Silver* | */s/ Pilar G. Kraman* |
| Daniel M. Silver (#4758) | Adam W. Poff (#3990) |
| Alexandra M. Joyce (#6423) | Pilar G. Kraman (#5199) |
| Renaissance Centre | Rodney Square |
| 405 N. King Street, 8th Floor | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6331 | apoff@ycst.com |
| dsilver@mccarter.com | pkraman@ycst.com |
| ajoyce@mccarter.com | (302) 571-6600 |

*Of Counsel*:

Simon D. Roberts
Jason A. Leonard
Arlene L. Chow
Prajakta A. Sonalker
Paul W. Kalish
Lauren B. Cury
Chika S. Seidel
Vincent Li
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
(212) 918-3000

*Attorneys for Plaintiffs and Counterclaim-Defendants Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.*

*Of Counsel*:

Michael J. Gaertner
David B. Abramowitz
Carolyn A. Blessing
Emily L. Savas
Jennifer Coronel
**LOCKE LORD LLP**
11 South Wacker Drive
Chicago, IL 60606

*Attorneys for Defendants and Counterclaim-Plaintiffs Zydus Pharmaceuticals (USA) Inc. and Cadila Healthcare Limited*

IT IS SO ORDERED this_____ day of _____, 2019.

_____
Judge