IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC, et al.<br><br>Defendants. | C.A. No. 16-905-JFB-CJB<br>CONSOLIDATED<br><br><br><br>**ORDER TO DISMISS** |

This matter is before the Court on the parties' joint stipulation for dismissal (D.I. 534) and pursuant to Federal Rule of Civil Procedure 41(a).

THEREFORE, IT IS ORDERED THAT:

1. All claims and counterclaims in this action between parties related to 7,342,117, 7,982,049, 8,835,474, and RE44,872 (collectively "Patents-in-suit") are dismissed without prejudice with each party to bear its own costs and attorneys' fees.

2. The Court shall retain jurisdiction over the settlement agreement in this case.

Dated this 12th day of September, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge