

**Daniel M. Silver**
Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

January 22, 2020

**VIA CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26
Wilmington, Delaware 19801-3555



**PUBLIC VERSION FILED: January 29, 2020**

Re: *Astellas Pharma Inc., et al. v. Actavis Elizabeth LLC. et al.*, C.A. No. 16-905-JFB-CJB **(Consolidated)**; *Astellas Pharma Inc., et al. v. Actavis Elizabeth LLC. et al.*, C.A. No. 16-905-JFB-CJB

Dear Judge Burke,

Of the nine actions originally consolidated under C.A. No. 16-905-JFB-CJB, four actions remain. Pursuant to the undersigned parties' commitment in their December 20, 2019 joint status report, Astellas and Actavis hereby provide an updated report.

Should Your Honor have any questions or require any additional information, counsel for the parties are available at the convenience of the Court.

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)

cc:     All Counsel of Record (via CM/ECF and electronic mail)

ME1 32449149v.1

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on January 22, 2020 on the following counsel in the manner indicated:

**VIA EMAIL:**

Andrew Russell
Nathan Roger Hoeschen
SHAW KELLER LLP
1105 North Market Street
12th Floor
Wilmington, DE  19801
arussell@shawkeller.com
nhoeschen@shawkeller.com

George C. Lombardi
Jennifer M. James
Samantha M. Lerner
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL  60601
glombardi@winston.com
jjames@winston.com
slerner@winston.com

*Attorneys for Actavis Elizabeth LLC*

Dated:  January 22, 2020                    */s/ Daniel M. Silver*
                                            Daniel M. Silver (#4758)