**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD., ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS ELIZABETH LLC, *et al.*, <br><br> Defendants. | C.A. No. 16-905-JFB-CJB <br> (Consolidated) |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs and Counterclaim-Defendants Astellas Pharma, Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") and Defendants and Counterclaim-Plaintiffs Actavis Elizabeth LLC, and Actavis LLC (collectively "Actavis"; collectively with Astellas, "the Parties"), by and through their attorneys, hereby STIPULATE and AGREE as follows:

The Parties have reached a settlement on issues raised in this consolidated matter, which includes Civil Action No. 16-cv-905, related to United States Patent Nos. 6,346,532, 7,342,117, 7,982,049, 8,835,474, and RE44,872.

1. Pursuant to a Settlement and License Agreement, the Parties respectfully request the Court dismiss all claims and counterclaims between the Parties related to United States Patent Nos. 6,346,532, 7,342,117, 7,982,049, 8,835,474, and RE44,872 in Civil Action No. 16-cv-905 without prejudice.

2. As required by the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, the Parties will submit their settlement and license agreement to the Federal Trade Commission Bureau of Competition ("FTC") and the Assistant Attorney General in charge of the Antitrust Division of the Department of Justice ("DOJ," and together with the FTC, the "Agencies") as soon as practicable.

3. The Parties further request that the Court retain jurisdiction over this matter in the event that the Agencies render the settlement and license agreement null and void and either Party requests to reopen this litigation.

4. Each Party will bear its own costs and attorneys' fees.

Dated: May 8, 2020

| MCCARTER & ENGLISH, LLP | SHAW KELLER LLP |
|---|---|
| /s/ Daniel M. Silver | /s/ Andrew E. Russell |
| Daniel M. Silver (#4758) | John W. Shaw (#3362) |
| Alexandra M. Joyce (#6423) | Karen E. Keller (#4489) |
| 405 N. King St., 8th Floor | Andrew E. Russell (#5382) |
| Wilmington, DE 19801 | Nathan R. Hoeschen (#6232) |
| (302) 984-6331 | I.M. Pei Building |
| dsilver@mccarter.com | 1105 North Market Street 12th Floor |
| ajoyce@mccarter.com | Wilmington, DE 19801 |
|  | jshaw@shawkeller.com |
|  | kkeller@shawkeller.com |
|  | arussell@shawkeller.com |
|  | nhoeschen@shawkeller.com |

*Of Counsel:* (McCarter)

Simon D. Roberts
Jason A. Leonard
Arlene L. Chow
Prajakta A. Sonalker
Paul W. Kalish
Lauren B. Cury
Chika S. Seidel
Vincent Li
HOGAN LOVELLS US LLP
390 Madison Avenue
New York, NY 10017
(212) 918-3000

*Of Counsel:* (Shaw Keller)

George C. Lombardi
Jennifer M. James
Samantha M. Lerner
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
glombardi@winston.com
jjames@winston.com
slerner@winston.com

*Attorneys for Plaintiffs Astellas Pharma Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc.*

*Attorneys for Defendant Actavis Elizabeth LLC*

 

IT IS SO ORDERED this_____ day of _____, 2020.

_____
U.S. District Court Judge