IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTELLAS PHARMA INC., ASTELLAS IRELAND CO., LTD. and ASTELLAS PHARMA GLOBAL DEVELOPMENT, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC, et al.<br><br>Defendants. | C.A. No. 16-905-JFB-CJB<br>CONSOLIDATED<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the joint stipulation for dismissal under Federal Rule of Civil Procedure 41(a) (D.I. 586) filed by Plaintiffs and Counterclaim-Defendants Astellas Pharma, Inc., Astellas Ireland Co., Ltd., and Astellas Pharma Global Development, Inc. (collectively, "Astellas") and Defendants and Counterclaim-Plaintiffs Actavis Elizabeth LLC, and Actavis LLC (collectively "Actavis"; collectively with Astellas, "the Parties"),

IT IS ORDERED THAT:

1. Pursuant to a Settlement and License Agreement, all claims and counterclaims between the Parties in Civil Action No. 16-cv-905, related to United States Patent Nos. 7,342,117; 7,982,049; 8,835,474; and RE44,872 (collectively "Patents-in-suit") are dismissed, without prejudice.

2. As required by the Medicare Prescription Drug, Improvement, and Modernization Act of 2003, the Parties will submit their settlement and license agreement to the Federal Trade Commission Bureau of Competition ("FTC") and the Assistant Attorney General in charge of the Antitrust Division of the

Department of Justice ("DOJ," and together with the FTC, the "Agencies") as soon as practicable.

3. The Court retains jurisdiction over this matter in the event that the Agencies render the settlement and license agreement null and void and either Party requests to reopen this litigation.

4. Each Party will bear its own costs and attorneys' fees.

Dated this 13th day of May 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge